UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

    Ivory Goode                                        Case No. :     12-36916-KLP
    Debtor(s)                                       Chapter 13

## NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), Ivory Goode, by counsel, represents as follows:

1. The Debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under Section 1307 (a) of the Bankruptcy Code, the debtor is entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the Debtor, Ivory Goode, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

                                                         Ivory Goode

                                                         By Counsel

                                                         /s/ Jessica L. Fellows
                                                         Jessica L. Fellows, Esquire
                                                         VSB # 82095
                                                         America Law Group, Inc.
                                                         2312 Boulevard
                                                         Colonial Heights, VA 23834
                                                         804-520-2428(ph)
                                                         804-318-3806 (fax)

                                        Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this November 15, 2013 to the Chapter 13 Trustee, the U.S. Trustee's office, and to all necessary creditors.

                                                          /s/ Jessica L. Fellows
                                                          Jessica L. Fellows

List of creditors

**A&E FINANCIAL SERIVCES**
RE: MEDICAL-PREMIER SURGICAL
4917 PROFESSIONAL SUITE 201
Raleigh, NC 27609-0000

**ACCESS GROUP**
RE: NOTICE NLY
PO BOX 7808
Wilmington, DE 19803-0000

**Allied Interstate INC**
RE: NEXTEL
3000 CORPORATE ROA
Columbus, OH 43231-0000

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

**ARC MANAGEMENT GROUP, LLC**
1940 LODGE RD NW STE 220
Kennesaw, GA 30144-0000

**Asset Acceptance LLC**
P.O. Box 2036
Warren MI 48090

**ASSET ACCEPTANCE LLC**
RE: ANN TAYLOR WORLD
FINANCIAL
PO BOX 1630
Warren, MI 48090-0000

**C&F Finance Co.**
P.O.Box 2129
Richmond, VA 23218

**C&F Finance Company**
1313 E Main Street
Suite 400
Richmond, VA 23219-0000

**Capio Partners**
RE: HENRICO DOCTORS HOSPITAL
2222 Texoma Pkwy, Ste 150
Sherman, TX 75091-0000

**Centralized Insolvency Oper**
PO Box 7346
Philadelphia, PA 19101-7346

**City of Richmond**
900 East Broad Street
Richmond, VA 23219-0000

**City of Richmond Tax**
City Hall, Room 100
900 East Broad Street
Richmond VA 23219

**CLHV, LLC t/a Colonial Heritage Village Apts. c/o**
William K. Grogan & Assoc.
203 E Cary St. #200
Richmond VA 23219

**Credit Adjustment Board**
RE: VIRGINIA EMERGENCY AND
306 East Grace Street
Richmond, VA 23219-0000

**DEVRY INC**
RE: NOTICE ONLY
1 TOWER LN STE 1000
OAKBROOK TERRACE, IL 60181-0000

**Devry Inc.**
814 Commerce Drive
Oak Brook, IL 60523

**Duke University Health System**
421 Fayetteville Street
Suite 600
Raleigh, NC 27601-0000

**EASTERN ACCOUNT SYSTEM**
RE: COMCAST CABLE
CHESTERFIELD
75 GLEN RD STE 110
Sandy Hook, CT 06482-0000

**EDFinancial Services LLC**
RE: NOTICE ONLY

120 N. Seven Oaks Drive
Knoxville, TN 37922-0000

**Edfinancial Services on behalf of ECMC**
Educational Credit Management Corporatio
Lockbox 8682, P.O. Box 75848
St. Paul, MN 55175-0848

**FA-PEAKS**
RE: NOTICE ONLY
15373 INNOVATION DR. STE 300
San Diego, CA 92128-0000

**FIRST ASSOCIATES LOAN SERVICING LLC**
15373 INNOVATION DRIVE SUITE 300
SAN DIEGO CA 92128

**First Premier Bank**
3820 North Louise Avenue
Sioux Falls, SD 57107-0000

**Focused Recovery Solutions**
RE: HENRICO DRS HOSPITAL
9701 Metropolitan Ct, Ste B
Richmond, VA 23236-3662

**FORT SILL NATIONAL BANK**
511 SW A AVE
Lawton, OK 73501-0000

**Harris & Harris of Illinois**
203 East Cary Street
Suite 127
Richmond, VA 23219-0000

**Henrico Doctors Hospital**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Hunter Warfield INC**
RE: ATRIA AT CRABTREE VALLEY
4620 Woodland Corporate Blvd
Tampa, FL 33614-0000

**IC Systems Collections**
RE: VERIZON
444 Hwy 96 E, PO Box 64437
Saint Paul, MN 55164-0378

**Internal Revenue Service**
P O Box 7346
Philadelphia, PA 19101

**Internal Revenue Service**
P O Box 21126
Philadelphia, PA 19114

**IRS**
400 N. Eighth St, Box 76
Stop Room 898
Richmond, VA 23219-0000

**KTA Dept Recovery Services, In**
P O Box 753
Dinwiddie, VA 23841-0000

**LVNV Funding LLC**
RE:TOTAL CARD
PO Box 10497
Greenville, SC 29603-0000

**LVNV Funding, LLC its successors and assigns as**
assignee of North Star Capital Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**MCV COLLECTION DEPARTMENT**
PO BOX 980462
Richmond, VA 23298-0000

**MCV HOSPITAL**
P O BOX 980462
RICHMOND, VA 23298-0462

**MCV Physicians**
P O Box 91747
Richmond, VA 23291-1747

**NCA**
RE: ELASTIC
PO BOX 550
Hutchinson, KS 67504-0000

**NORTHERN RESOLUTION GROUP**
RE: FIRST BANK OF DELAWARE
IMA
PO BOX 566

AMHERST, NY 14226-0000

**Pinnacle Credit Services**
RE: SPRINT PCS
PO Box 640
Hopkins, MN 55343-0640

**PINNACLE FINANCIAL GROUP**
RE: T-MOBILE
7825 WASHINGTON AVE S
Minneapolis, MN 55439-0000

**Portfolio Investments II LLC**
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Portfolio Investments II LLC**
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**PUBLIC SERVICE OF N CARLINA**
400 COX RD
Gastonia, NC 28054-0000

**Quantum3 Group LLC as agent for**
CZ 2008-1 Trust
PO Box 788
Kirkland, WA 98083-0788

**REVENUE CYCLE SOLUTIONS INC**
RE: DUKE HEALTH
3 WESTBROOK CORPORATE CTR
Westchester, IL 60154-0000

**Rjm Acquisitions Llc**
575 Underhill Blvd, Suite 224
Syosset, NY 11791

**Sallie Mae**
RE: NOTICE ONLY
PO BOX 9500
Wilkes Barre, PA 18773-0000

**Sallie Mae Inc. on behalf of**
Department of Education
P.O. Box 740351
Atlanta, GA. 30374-0351

**Sallie Mae, Inc. on behalf of ECMC**
P.O. Box 75906
St. Paul, MN 55175

**USA Discounters**
5258 Oaklawn Blvd
Hopewell, VA 23860-0000

**USA Discounters**
PO Box 8008
Virginia Beach, VA 23450-8008

**VERIZON EAST BANKRUPTCY ADMIN**
PO BOX 3037
Bloomington, IL 61702-0000

**Vet Xpress, LLC**
241 Charles Dimmock Pkwy
Ste. 5
Colonial Heights, VA 23834-0000

**Virginia Dept of Taxation**
RE: Bankruptcy notice
P.O. Box 2156
Richmond, VA 23218-0000

**Wells Fargo Bank**
PO Box 5058 MAC P6053-021
Portland, OR 97208

**Wells Fargo Bank**
PO Box 63491 MAC A0143-042
San Francisco, CA 94163

**Wells Fargo Bank**
P.O. Box 50014
Roanoke VA 24040-0014

**William K Grogan & Associates**
RE:CLH,LLCt/aColonial Heritage
203 East Cary St, Ste 125
Richmond, VA 23219-0000